# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE WALKER, | No. CV 04-4840 JHN (CW) |
|     Petitioner, | JUDGMENT |
| v. | |
| A.K. SCRIBNER (Warden), | |
|     Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   June 17, 2010

_____
JACQUELINE H. NGUYEN
United States District Judge

1